**AFFIRM; and Opinion Filed January 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01603-CR

### NAKIA LASHUAN FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81072-2012**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

Nakia Lashuan Franklin waived a jury and pleaded guilty to credit card abuse. *See* TEX.
PENAL CODE ANN. § 32.31(b) (West 2011). The trial court assessed punishment at one year's
confinement in a state jail. On appeal, appellant's attorney filed a brief in which she concludes
the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.
California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record
showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d
807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.
We advised appellant of her right to file a pro se response, but she did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121603F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NAKIA LASHUAN FRANKLIN, Appellant

No. 05-12-01603-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 416th Judicial District Court of Collin County, Texas (Tr.Ct.No. 416-81072-2012).
Opinion delivered by Justice O'Neill, Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 6, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE